DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHAD LAMONT TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-768

[October 28, 2020]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502008CF010286AXXXMB.

Chad Lamont Taylor, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Sims v. State*, 286 So. 3d 292, 293 (Fla. 4th DCA 2019), *rev. denied*, SC19-2065, 2020 WL 1899575 (Fla. Apr. 16, 2020). *See also Hester v. State*, 267 So. 3d 1084 (Fla. 1st DCA 2019).

LEVINE, C.J., WARNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***